UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

-against-

STATE FARM; JOHN W. OWENS,

                Defendants.

23-CV-8089 (LTS)

ORDER DIRECTING ORIGINAL SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se,* seeking to proceed *in forma pauperis* ("IFP"). By order dated November 16, 2021, the Court barred Plaintiff from filing any future civil action in this court IFP, regardless of her custody status, without first obtaining leave of the court. *Lewis v. Wolfe*, ECF 1:21-CV-6949, 7 (S.D.N.Y. Nov. 16, 2021). In that order, the Court specified that Plaintiff "must attach a copy of her proposed complaint and a copy of [that] order to any motion seeking leave to file." *Id.* Pursuant to the Court's November 16, 2021 order, Plaintiff filed a motion for permission to file this complaint. Plaintiff's motion for permission to file and the IFP application are signed, but Plaintiff's complaint is not signed.

    Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

    Plaintiff is directed to resubmit her one-page complaint with an original signature to the court within thirty days of the date of this order. A copy of the one-page complaint is attached to this order.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 29, 2024
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS                                       *Jury Trial Demanded*
    Plaintiff,                                    Docket No.
v.
STATE FARM
JOHN W. OWENS
    Defendants,

Mr. Owens purchased his 2020 Jeep Grand Cherokee Laredo on August 25th, 2020. On January 11th, 2023, at or around 10:30, 2020, while I was driving the vehicle it was involved in two sperate accidents within minutes. Both the driver in front of me and I were entering the multilevel parking garage in Poughkeepsie NY. After the vehicle in front of me came to a stop. As I pressed the brake to come to a stop, the vehicle suddenly accelerated and crashed into the back of a vehicle. The steering wheel did not work, that is why I could not turn the steering wheel away from the other vehicle and the Jeep continued forward and slammed into the back of the vehicle.

During this time, the Jeep continued to accelerate, and the steering wheel remained inoperable and while jumping wildly and veered off to the right completely out of control, before smacking into a pilar on the left side of the vehicle that stopped it from rolling over. The air bag did not deploy. After I left the Jeep, it continued to accelerate for over twenty minutes. When I returned to the Jeep a witness yelled for me to move because the vehicle continued to revv and tried to move.

There was a recall from 2019 -2020, regarding the Suspension & Steering Gear Rack Breaks Causing Loss Of Steering Control.

Recall Summary

Chrysler (FCA US LLC) is recalling certain 2019-2020 Jeep Cherokee vehicles. The steering rack gear may break, possibly causing a loss of steering control.

Recall Solution

Chrysler will notify owners, and dealers will replace the steering gear, free of charge. The recall began October 24, 2019. Owners may contact Chrysler customer service at 1-800-853-1403. Chrysler's number for this recall is V99. Mr. Owens did not maintain his vehicle.

1