UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REGINA LEWIS,

      Plaintiff,

-against-

STATE FARM; JOHN W. OWENS,

      Defendants.

23-CV-8089 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff filed this action *pro se,* seeking to proceed *in forma pauperis* ("IFP"). Because it appeared that Plaintiff filed a one-page complaint without a signature, by order dated February 29, 2024, the Court directed Plaintiff to resubmit her one-page complaint with an original signature to the court within 30 days. (ECF No. 5.) In response to the Court's order, Plaintiff filed a letter (ECF No. 6) to inform the court that she originally submitted a two-page signed complaint, and that, because she is no longer in possession of the original complaint, she seeks permission to amend her complaint.

  In light of Plaintiff's assertions, the Clerk of Court reviewed Plaintiff's original submission and discovered that she did submit a two-page signed complaint with an original signature, but that both pages of the double-sided complaint were not scanned and uploaded to the court's docket.

  The Court therefore directs the Clerk of Court to modify the entry at ECF No. 2 to include both pages of Plaintiff's complaint. For the foregoing reasons, Plaintiff's request to amend her complaint is denied as unnecessary.

## CONCLUSION

Plaintiff's request to amend her complaint (ECF No. 6) is denied as unnecessary. The Clerk of Court is directed to modify the entry at ECF No. 2 to include both pages of Plaintiff's complaint.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 18. 2024
         New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge