UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

      -against-

STATE FARM, et al.

                Defendants.

**ORDER**

23-CV-08089 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 28, 2024, the Court received a number of *ex parte* e-mails from plaintiff addressed to both Judge Halpern and Chief Judge Swain concerning a variety of issues in this action and attaching documents and photographs. Plaintiff is reminded of the following:

- E-mails to Chambers are not permitted unless a party has received prior authorization
- If Plaintiff wants the Court to consider any document, she must follow the procedure for *pro se* filings, available at https://nysd.uscourts.gov/prose
- The Court may and does disregard any and all unauthorized submissions

The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
       July 1, 2024

_____
Philip M. Halpern
United States District Judge