UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

          -against-

STATE FARM, et al.

                Defendants.

**ORDER**

23-CV-08089 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court entered an Order on August 21, 2024 dismissing this action for lack of subject matter jurisdiction. (Doc. 30). Plaintiff's motion for summary judgment made on March 1, 2025 (Doc. 31) is therefore DENIED as procedurally improper.

The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 31), and mail a copy of this Order to Plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       March 5, 2025

_____
Philip M. Halpern
United States District Judge